August 8, 2017



# JUDGMENT

## The Fourteenth Court of Appeals

MARCELIUS REED, Appellant

NO. 14-17-00589-CR            V.

THE STATE OF TEXAS, Appellee

_____

     This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be DISMISSED. The Court orders the appeal **DISMISSED** in accordance with its opinion.

     We further order this decision certified below for observance.